1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WALTER SNOVELLE,<br><br>    Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C05-5460KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

 Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**. Plaintiff does not appear to have funds available to afford the $250.00 filing fee.

 The clerk is directed to send copies of this Order to counsel of record and to issue the Summonses.

 DATED this 2nd day of August, 2005.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1