U.S. Magistrate Judge Karen L. Strombom

D. JAMES TREE
Attorney At Law
Tree Law Offices
3711 Englewood Avenue
Yakima, WA  98902
Telephone: (509) 452-1700
Fax:  (509) 577-9109

 Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| WALTER SNOVELLE, | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | C05-5460KLS |
| | ) | |
| v. | ) | ORDER |
| | ) | EXCEEDING PAGE LIMIT |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED  that Plaintiff shall be allowed up to 40 pages in the Memorandum in Support of Motion for Summary Judgment.

ORDER TO EXCEED PAGE LIMIT  1

IT IS SO ORDERED this 16th day of March , 2006.


   s/ Karen L. Strombom   

KAREN L. STROMBOM
UNITED STATES MAGISTRATE JUDGE


Presented by:


s/ D. JAMES TREE, WSBA#16976
Attorney for Plaintiff
3711 Englewood Avenue
Yakima, Washington 98902
Telephone:  (509) 452-1700
Fax:  (509)  577-9109